United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                            Case No. 23-00968-HWV

Robert Lee Lawson, Jr.                      Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                               Page 1 of 2

Date Rcvd: May 31, 2023                     Form ID: ntnew341                          Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Lee Lawson, Jr., 2900 N. 2nd St., Harrisburg, PA 17110-1208 |
| 5538188 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5538191 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 31 2023 19:05:20 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5538174 | | Email/Text: bk@avant.com | May 31 2023 18:51:00 | Avant/WebBank, 222 N La Salle St, Ste 1600, Chicago, IL 60601-1112 |
| 5538175 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 31 2023 18:51:00 | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5538176 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2023 19:05:15 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5538177 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 31 2023 19:05:10 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5539099 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 31 2023 19:05:15 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5541561 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2023 19:05:11 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5538178 | ^ | MEBN | May 31 2023 18:49:15 | Coastl/prosp, 221 Main St, San Francisco, CA 94105-1906 |
| 5538179 | | Email/PDF: creditonebknotifications@resurgent.com | May 31 2023 19:05:16 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5538186 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 31 2023 18:51:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5538180 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 31 2023 19:05:16 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5538181 | | Email/Text: bankruptcy@glsllc.com | May 31 2023 18:51:00 | Global Lending Services LLC, Attn: Bankruptcy, PO Box 10437, Greenville, SC 29603-0437 |
| 5538187 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 31 2023 18:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5542572 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2023 19:05:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5538183 | | Email/Text: ml-ebn@missionlane.com | | |

| | | | |
|---|---|---|---|
| | | May 31 2023 18:51:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 5538182 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2023 19:05:10 | Merrick Bank/Ccholdings, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5538184 | Email/PDF: cbp@onemainfinancial.com | May 31 2023 19:05:20 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5538190 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 31 2023 18:51:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5538189 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | May 31 2023 18:51:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5538185 | Email/Text: bknotice@upgrade.com | May 31 2023 18:51:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Robert Lee Lawson Jr. jmh@johnhyamslaw.com, acb@johnhyamslaw.com;ras@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Michael Patrick Farrington | on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |
| In re: |
| Robert Lee Lawson Jr.,      Chapter    13 <br> **Debtor 1** <br> Case No.    1:23−bk−00968−HWV |
| **Notice** |

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: July 6, 2023 <br><br> Time: 11:00 AM |
| --- | --- |

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 31, 2023 |

ntnew341 (04/18)