**KEYSTONE CUSTOM MANAGEMENT LLC**  
227 GRANITE RUN DRIVE SUITE 100  
LANCASTER PA 17601

**ROB LEE LAWSON**  
EMPLOYEE ID: 10004  
DEPARTMENT: 15003  
DD RECEIPT: 1267579161



FEIN: 82-3599092  
Pay Period  03/13/2023 - 03/26/2023  
Pay Date   03/31/2023

FITWH   Filing Status: S  
PA      Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Regular | | 80.00 | 692.31 | 560.00 | 4,846.17 |
| Float Holi | | | | 16.00 | |
| Holiday | | | | 24.00 | |
| PTO | | 8.00 | | 8.00 | |
| **Total** | | 88.00 | $692.31 | 608.00 | $4,846.17 |
| Total Hours Worked | | 80.00 | | 560.00 | |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1PTO | | | 127.953 |
| 2Float Hol | | | -8.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 37.42 | 261.94 |
| MED | 10.04 | 70.28 |
| SOC | 42.92 | 300.44 |
| PA | 21.25 | 148.75 |
| PAEUC | 0.48 | 3.36 |
| PAMAM | 13.85 | 96.95 |
| PAMAML | 2.00 | 14.00 |
| **Total** | $127.96 | $895.72 |
| **Net Pay**  XXXXXX0934 | | $564.35 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**KEYSTONE CUSTOM MANAGEMENT LLC**  
227 GRANITE RUN DRIVE SUITE 100  
LANCASTER PA 17601

Direct Deposit #  1267579161  
Date   03/31/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **    VOID ** VOID **

15003   DD

Pay to the  
Order of  
**ROB LEE LAWSON**  
2900 N 2ND STREET  
HARRISBURG PA 17110

DIRECT DEPOSIT  $564.35  
TO ACCOUNT #  XXXXXX0934  
BANK #   XXXXXX1116

N O N - N E G O T I A B L E

| KEYSTONE CUSTOM MANAGEMENT LLC | ROB LEE LAWSON | |
|---|---|---|
| 227 GRANITE RUN DRIVE SUITE 100 | EMPLOYEE ID: 10004 | |
| LANCASTER PA 17601 | DEPARTMENT: 15003 |  |
| | DD RECEIPT: 1267579162 | |

FEIN: 82-3599092
Pay Period 03/13/2023 - 03/26/2023     **FITWH** Filing Status: S
Pay Date 03/31/2023     **PA** Filing Status: S   Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Regular | | | | 560.00 | 4,846.17 |
| Comm | | | 4,855.67 | | 4,855.67 |
| Float Holi | | | | 16.00 | |
| Holiday | | | | 24.00 | |
| PTO | | | | 8.00 | |
| **Total** | | | $4,855.67 | 608.00 | $9,701.84 |
| Total Hours Worked | | | | 560.00 | |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1PTO | | | 127.953 |
| 2Float Hol | | | -8.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 1,038.18 | 1,300.12 |
| MED | 70.41 | 140.69 |
| SOC | 301.05 | 601.49 |
| PA | 149.07 | 297.82 |
| PAEUC | 3.40 | 6.76 |
| PAMAM | 97.11 | 194.06 |
| PAMAML | | 14.00 |
| **Total** | $1,659.22 | $2,554.94 |

**Net Pay**     XXXXXX0934     $3,196.45

**Notes:** Commissions Paid: BSs044

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

KEYSTONE CUSTOM MANAGEMENT LLC
227 GRANITE RUN DRIVE SUITE 100
LANCASTER PA 17601

Direct Deposit # 1267579162
Date 03/31/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **      VOID ** VOID **

15003   DD

Pay to the Order of    **ROB LEE LAWSON**
2900 N 2ND STREET
HARRISBURG PA 17110

DIRECT DEPOSIT $3,196.45
TO ACCOUNT # XXXXXX0934
BANK # XXXXXX1116

N O N - N E G O T I A B L E

Case 1:23-bk-00968-HWV    Doc 23    Filed 07/14/23    Entered 07/14/23 12:48:32    Desc
Main Document     Page 2 of 6

**KEYSTONE CUSTOM MANAGEMENT LLC**
227 GRANITE RUN DRIVE SUITE 100
LANCASTER PA 17601

**ROB LEE LAWSON**
EMPLOYEE ID: 10004
DEPARTMENT: 15003
DD RECEIPT: 1266152696



FEIN: 82-3599092
Pay Period  02/27/2023 - 03/12/2023
Pay Date    03/17/2023

**FITWH**  Filing Status: S
**PA**     Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Regular |  | 80.00 | 692.31 | 480.00 | 4,153.86 |
| Float Holi |  |  |  | 16.00 |  |
| Holiday |  |  |  | 24.00 |  |
| **Total** |  | 80.00 | $692.31 | 520.00 | $4,153.86 |
| **Total Hours Worked** |  | 80.00 |  | 480.00 |  |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1PTO |  |  | 129.803 |
| 2Float Hol |  |  | -8.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 37.42 | 224.52 |
| MED | 10.04 | 60.24 |
| SOC | 42.92 | 257.52 |
| PA | 21.25 | 127.50 |
| PAEUC | 0.48 | 2.88 |
| PAMAM | 13.85 | 83.10 |
| PAMAML | 2.00 | 12.00 |
| **Total** | $127.96 | $767.76 |
| **Net Pay** | XXXXXX0934 | $564.35 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**KEYSTONE CUSTOM MANAGEMENT LLC**
227 GRANITE RUN DRIVE SUITE 100
LANCASTER PA 17601

Direct Deposit #  1266152696
Date              03/17/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **        VOID ** VOID **

15003   DD

Pay to the
Order of
**ROB LEE LAWSON**
2900 N 2ND STREET
HARRISBURG PA 17110

DIRECT DEPOSIT  $564.35
TO ACCOUNT #    XXXXXX0934
BANK #          XXXXX1116

N O N - N E G O T I A B L E

**KEYSTONE CUSTOM MANAGEMENT LLC**
227 GRANITE RUN DRIVE SUITE 100
LANCASTER PA 17601

**ROB LEE LAWSON**
EMPLOYEE ID: 10004
DEPARTMENT: 15003
DD RECEIPT: 1265054837



FEIN: 82-3599092
Pay Period 02/13/2023 - 02/26/2023
Pay Date 03/03/2023

**FITWH** Filing Status: S
**PA** Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Regular | | 80.00 | 692.31 | 400.00 | 3,461.55 |
| Float Holi | | | | 16.00 | |
| Holiday | | | | 24.00 | |
| Total | | 80.00 | $692.31 | 440.00 | $3,461.55 |
| Total Hours Worked | | 80.00 | | 400.00 | |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1PTO | | | 123.653 |
| 2Float Hol | | | -8.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 37.42 | 187.10 |
| MED | 10.04 | 50.20 |
| SOC | 42.92 | 214.60 |
| PA | 21.25 | 106.25 |
| PAEUC | 0.48 | 2.40 |
| PAMAM | 13.85 | 69.25 |
| PAMAML | 2.00 | 10.00 |
| Total | $127.96 | $639.80 |

**Net Pay**    XXXXXX0934    $564.35

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**KEYSTONE CUSTOM MANAGEMENT LLC**
227 GRANITE RUN DRIVE SUITE 100
LANCASTER PA 17601

Direct Deposit # 1265054837
Date 03/03/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **       VOID ** VOID **

Pay to the Order of

15003   DD

**ROB LEE LAWSON**
2900 N 2ND STREET
HARRISBURG PA 17110

DIRECT DEPOSIT $564.35
TO ACCOUNT # XXXXXX0934
BANK # XXXXX1116

N O N - N E G O T I A B L E

**KEYSTONE CUSTOM MANAGEMENT LLC**
227 GRANITE RUN DRIVE SUITE 100
LANCASTER PA 17601

**ROB LEE LAWSON**
EMPLOYEE ID: 10004
DEPARTMENT: 15003
DD RECEIPT: 1263588606



FEIN: 82-3599092
Pay Period 01/30/2023 - 02/12/2023
Pay Date 02/17/2023

FITWH   Filing Status: S
PA      Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Regular | | 80.00 | 692.31 | 320.00 | 2,769.24 |
| Float Holi | | | | 16.00 | |
| Holiday | | | | 24.00 | |
| **Total** | | 80.00 | $692.31 | 360.00 | $2,769.24 |
| **Total Hours Worked** | | 80.00 | | 320.00 | |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1PTO | | | 117.503 |
| 2Float Hol | | | -8.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 37.42 | 149.68 |
| MED | 10.04 | 40.16 |
| SOC | 42.92 | 171.68 |
| PA | 21.25 | 85.00 |
| PAEUC | 0.48 | 1.92 |
| PAMAM | 13.85 | 55.40 |
| PAMAML | 2.00 | 8.00 |
| **Total** | $127.96 | $511.84 |

**Net Pay**   XXXXXX0934   $564.35

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**KEYSTONE CUSTOM MANAGEMENT LLC**
227 GRANITE RUN DRIVE SUITE 100
LANCASTER PA 17601

Direct Deposit # 1263588606
Date  02/17/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **           VOID ** VOID **

15003   DD

DIRECT DEPOSIT $564.35
TO ACCOUNT #   XXXXXX0934
BANK #         XXXXX1116

Pay to the Order of
**ROB LEE LAWSON**
2900 N 2ND STREET
HARRISBURG PA 17110

N O N - N E G O T I A B L E

| | | | | | |
|---|---|---|---|---|---|
| **KEYSTONE CUSTOM MANAGEMENT LLC** 227 GRANITE RUN DRIVE SUITE 100 LANCASTER PA 17601 | | | **ROB LEE LAWSON** EMPLOYEE ID: 10004 DEPARTMENT: 15003 DD RECEIPT: 1262196352 | |  |

FEIN: 82-3599092
Pay Period 01/16/2023 - 01/29/2023
Pay Date 02/03/2023

FITWH  Filing Status: S
PA     Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Regular | | 80.00 | 692.31 | 240.00 | 2,076.93 |
| Float Holi | | | | 16.00 | |
| Holiday | | | | 24.00 | |
| **Total** | | 80.00 | $692.31 | 280.00 | $2,076.93 |
| **Total Hours Worked** | | 80.00 | | 240.00 | |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| 1PTO | | | 111.353 |
| 2Float Hol | | | -8.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 37.42 | 112.26 |
| MED | 10.04 | 30.12 |
| SOC | 42.92 | 128.76 |
| PA | 21.25 | 63.75 |
| PAEUC | 0.48 | 1.44 |
| PAMAM | 13.85 | 41.55 |
| PAMAML | 2.00 | 6.00 |
| **Total** | $127.96 | $383.88 |
| **Net Pay** XXXXXX0934 | | $564.35 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**KEYSTONE CUSTOM MANAGEMENT LLC**
227 GRANITE RUN DRIVE SUITE 100
LANCASTER PA 17601

Direct Deposit # 1262196352
Date 02/03/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **            VOID ** VOID **

15003   DD

Pay to the Order of  **ROB LEE LAWSON**
2900 N 2ND STREET
HARRISBURG PA 17110

DIRECT DEPOSIT $564.35
TO ACCOUNT #   XXXXXX0934
BANK #         XXXXX1116

N O N - N E G O T I A B L E