United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Robert Lee Lawson, Jr.  
    Debtor

Case No. 23-00968-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Aug 17, 2023     Form ID: ntcnfhrg     Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Lee Lawson, Jr., 2900 N. 2nd St., Harrisburg, PA 17110-1208 |
| 5538188 | ++ | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION, STRAWBERRY SQUARE, 15TH FLOOR, HARRISBURG PA 17120-0001 address filed with court:, Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5538191 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2023 18:42:54 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5551464 | + | Email/Text: bankruptcy@acacceptance.com | Aug 17 2023 18:44:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 5538174 | | Email/Text: bk@avant.com | Aug 17 2023 18:44:00 | Avant/WebBank, 222 N La Salle St, Ste 1600, Chicago, IL 60601-1112 |
| 5552911 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 17 2023 18:43:00 | BANK OF AMERICA, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 5538175 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 17 2023 18:43:00 | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5538176 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 17 2023 18:42:54 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5538177 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 17 2023 18:42:02 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5539099 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2023 18:42:54 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5552157 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2023 18:54:17 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5541561 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 17 2023 18:54:08 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5538178 | ^ | MEBN | Aug 17 2023 18:36:45 | Coastl/prosp, 221 Main St, San Francisco, CA 94105-1906 |
| 5538179 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 17 2023 18:42:54 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5538186 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 17 2023 18:43:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 5538180 | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 17 2023 18:54:16 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5545168 | Email/Text: bankruptcy@glsllc.com | Aug 17 2023 18:43:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5538181 | Email/Text: bankruptcy@glsllc.com | Aug 17 2023 18:43:00 | Global Lending Services LLC, Attn: Bankruptcy, PO Box 10437, Greenville, SC 29603-0437 |
| 5538187 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 17 2023 18:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5552508 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2023 18:53:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5542572 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 17 2023 18:42:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5538183 | Email/Text: ml-ebn@missionlane.com | Aug 17 2023 18:43:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 5538182 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 17 2023 18:42:51 | Merrick Bank/Ccholdings, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5538184 | Email/PDF: cbp@omf.com | Aug 17 2023 18:53:42 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5538190 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 17 2023 18:44:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5538188 | Email/Text: fesbank@attorneygeneral.gov | Aug 17 2023 18:44:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5538189 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Aug 17 2023 18:44:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5538185 | Email/Text: bknotice@upgrade.com | Aug 17 2023 18:43:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 19, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Robert Lee Lawson Jr. jmh@johnhyamslaw.com, acb@johnhyamslaw.com;ras@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Keri P Ebeck | on behalf of Creditor Global Lending Services LLC kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Aug 17, 2023 | Form ID: ntcnfhrg | Total Noticed: 28 |

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Lee Lawson Jr.,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−00968−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 20, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: September 27, 2023 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 17, 2023 |

ntcnfhrg (08/21)