UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT LEE LAWSON, JR | CASE NO: 23-00968<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/25/2023, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/25/2023

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT LEE LAWSON, JR

CASE NO: 23-00968

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 9/25/2023, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/25/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-00968
MIDDLE DISTRICT OF PENNSYLVANIA
MON SEP 25 7-17-8 PST 2023

~~EXCLUDE~~
~~(U)BANK OF AMERICA NA~~

CAPITAL ONE AUTO FINANCE  A DIVISION C
CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

~~EXCLUDE~~
~~(U)GLOBAL LENDING SERVICES LLC~~

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~US COURTHOUSE~~
~~1501 N 6TH ST~~
~~HARRISBURG  PA 17102-1104~~

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG  PA 17102-1104~~

AMERICAN CREDIT ACCEPTANCE
961 EAST MAIN STREET
SPARTANBURG  SC 29302-2149

AVANTWEBBANK
222 N LA SALLE ST
STE 1600
CHICAGO  IL 60601-1112

BANK OF AMERICA  NA
PO BOX 31785
TAMPA FL 33631-3785

BANK OF AMERICA
4909 SAVARESE CIR
TAMPA  FL 33634-2413

(P)DEPARTMENT OF LABOR  INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE AUTO FINANCE
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO  TX 75024-2302

CAPITAL ONE AUTO FINANCE  A DIVISION OF
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE AUTO FINANCE  A DIVISION C
CAPI
PO BOX 4360
HOUSTON  TX 77210-4360

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

COASTLPROSP
221 MAIN ST
SAN FRANCISCO  CA 94105-1906

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS  NV 89193-8872

FIRST PREMIER BANK
ATTN BANKRUPTCY
PO BOX 5524
SIOUX FALLS  SD 57117-5524

(P)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

~~EXCLUDE~~
~~(D)(P)GLOBAL LENDING SERVICES LLC~~
~~1200 BROOKFIELD BLVD STE 300~~
~~GREENVILLE SC 29607-6583~~

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MERRICK BANKCCHOLDINGS
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

(P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG PA 17120-0001

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | (P)U S DEPARTMENT OF JUSTICE TAX<br>DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 |
| UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 | (P)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ | ~~EXCLUDE~~<br>~~ROBERT LEE LAWSON JR~~<br>~~2900 N 2ND ST~~<br>~~HARRISBURG PA 17110-1208~~ | |