United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 23-00968-HWV
Robert Lee Lawson, Jr.                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                             Page 1 of 2
Date Rcvd: Oct 18, 2023                      Form ID: pdf010                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2023:**

**Recip ID**            **Recipient Name and Address**
      +    MS SHANNON LAWSON, 2900 N 2ND STREET, HARRISBURG, PA 17110-1208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2023                           Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Robert Lee Lawson Jr. jmh@johnhyamslaw.com, acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Keri P Ebeck | on behalf of Creditor Global Lending Services LLC kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> ROBERT LEE LAWSON, JR., <br><br> Debtor, <br><br> GLOBAL LENDING SERVICES LLC, <br><br> Movant, <br><br> V. <br><br> ROBERT LEE LAWSON, JR <br> SHANNON LAWSON, and <br> JACK N ZAHAROPOULOS, Trustee, <br> Respondents. | Bankruptcy No. 1:23-bk-00968-HWV <br><br> Chapter 13 <br><br> Doc. No. 24 |

ORDER OF COURT

Upon consideration of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Global Lending Services LLC, in the 2013 BMW 5 Series Sedan 4D 528xi AWD, VIN# WBAXH5C50DD107606.

Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Shannon Lawson, any amounts that remain due and owing pursuant to the underlying Retail Installment Contract and Security Agreement subsequent to the sale of the collateral.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 18, 2023