IN RE:  ROBERT LEE LAWSON, JR.          :  CHAPTER 13
         Debtor(s)                             :
                                                :
        JACK N. ZAHAROPOULOS              :
        STANDING CHAPTER 13 TRUSTEE       :
         Movant                               :
                                                :
         vs.                                   :
                                                :
        ROBERT LEE LAWSON, JR.           :
         Respondent(s)                         :  CASE NO.   1-23-bk-00968

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

        AND NOW, this   6th   day of February, 2024, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about October 26, 2023 be withdrawn as all issues have been resolved.

                        Respectfully submitted:

                        /s/Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this   6th   day of February, 2024, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class
mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

                        /s/Deborah A. DePalma
                        Office of Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee